1  Todd M. Friedman (216752)
2  Suren N. Weerasuriya (278521)
3  Adrian R. Bacon (208332)
   Law Offices of Todd M. Friedman, P.C.
4  324 S. Beverly Dr. #725
   Beverly Hills, CA 90212
5  Phone: 877-206-4741
6  Fax: 866-633-0228
   tfriedman@attorneysforconsumers.com
7  sweerasuriya@attorneysforconsumers.com
8  abacon@attorneysforconsumers.com
   Attorney for Plaintiff
9

10              UNITED STATES DISTRICT COURT
11           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13  ANN FOX, individually and on behalf   CASE NO.: 2:14-CV-09327-RGK-AJWx
    of all others similarly situated,
14                                         NOTICE OF ERRATA RE
15  Plaintiff,                             PLAINTIFF'S DOCUMENT (7)

16      vs.
17
18  NCSPLUS INCORPORATED,
19  Defendant.
20
21
22
23      PLEASE TAKE NOTICE that document 7, Plaintiff's First Amended

24  Complaint, were mistakenly filed without the wrong state of incorporation for the

25  Defendant, NCSPLUS Incorporated.  Paragraph 2 of Plaintiff's First Amended
26
27  Complaint reads that Defendant's state of incorporation is Iowa.  However, the
28
    Defendant's state of incorporation is New York State.

        Attached is the corrected Complaint.

                                    1

1  ///

2  ///

Respectfully Submitted this 17th of December, 2014

s/Todd M. Friedman
Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

Filed on this 17th day of December, 2014, with:
CM/ECF Filing System for Central District of California

Notification sent electronically on this 17th day of December, 2014 to:

Honorable R. Gary Klausner
U.S. District Court Central District of California

s/Todd Friedman
   Todd Friedman

2