LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN FOX,** individually and on behalf of all others similarly situated, | Case No. 2:14-cv-09327-RGK-AJW |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **NCSPLUS INCORPORATED,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 20th day of February, 2015.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 20th day of February, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable R. Gary Klausner
United States District Court
Central District of California

And sent via mail to:

Katherine Olson
Messer, Stilp & Strickler, Ltd.
166 W. Washington St., Suite 300
Chicago, Illinois 60602


This 20th day of February, 2015.

s/Todd M. Friedman
Todd M. Friedman